**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COLLEEN M. BRADLEY,          :   No. 59 MAP 2022
                                        :
           Appellant         :   Appeal from the Order of the
                                        :   Commonwealth Court at
                                        :   No. 18 MD 2020 dated
             v.                  :   April 1, 2022
                                        :
                                        :
WEST CHESTER UNIVERSITY,     :
                                        :
           Appellee          :

**ORDER**

**PER CURIAM**                              **DECIDED: March 21, 2023**

      **AND NOW,** this 21st day of March, 2023, the order of the Commonwealth Court is

**AFFIRMED**.